| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| DAVID FISHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:17-CV-382 |
| | § | |
| PRIMERICA LIFE INSURANCE | § | |
| COMPANY and ANTHONY WOODRUFF, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF PARTIAL DISMISSAL

In accordance with the court's Memorandum and Order signed on December 13, 2017, Defendant Anthony Woodruff is DISMISSED without prejudice. Plaintiff's claims against Defendant Primerica Life Insurance Company remain pending.

SIGNED at Beaumont, Texas, this 13th day of December, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE