| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DAVID FISHER, §
　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　§
versus § CIVIL ACTION NO. 1:17-CV-382
　　　　　　　　　　　　　§
PRIMERICA LIFE INSURANCE §
COMPANY and ANTHONY WOODRUFF, §
　　　　　　　　　　　　　§
　　　　　Defendants. §

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order signed January 9, 2019, summary judgment (#16) is granted in favor of Defendant Primerica Life Insurance Company with respect to Plaintiff David Fisher's action asserting claims for the recovery of life insurance proceeds. Plaintiff Fisher shall take nothing by his suit.

　　　THIS IS A FINAL JUDGMENT.

　　　SIGNED at Beaumont, Texas, this 9th day of January, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE